No. —.  Ex parte Wolfgang Achtner; and

No. —.  Ex parte Franz Moedlhammer.  June 21, 1943.  Applications denied without prejudice to applications to the District Court.  Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of these applications.

No. —.  Sabin et al. v. Levorsen et al.  June 21, 1943.  Motion for stay denied.  Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of this application.

No. —, original.  Ex parte Earl Collins; and

No. —, original.  Ex parte Joseph E. Sheppard.  June 21, 1943.  The motions for leave to file petitions for writs of habeas corpus are denied.  Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of these applications.

Nos. 945 and 946.  Ford Motor Co. v. Gordon Form Lathe Co.  See *post*, p. 213.

No. 1055.  Falbo v. United States.  June 21, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Messrs. Hayden C. Covington* and *Victor F. Schmidt* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.